# DISCIPLINARY DOCKET

**91–1705.** Columbus Bar Assn. v. Nichols. On response to show cause order. Respondent Leroy Alvin Nichols is permitted to make monthly payments spread equally over the period of his probation.

MOYER, C.J., and RESNICK, J., dissent and would find respondent in contempt and place the order in his file.

WRIGHT, J., not participating.

**90–2533.** Cleveland Bar Assn. v. Nardi. On motion for extension of time to file payment of board costs. Motion denied and Christopher F. Nardi is found in contempt; the order is placed in his file.

HOLMES, H. BROWN and RESNICK, JJ., dissent.

**91–1771.** Cincinnati Bar Assn. v. Wilson. On motion to remand to Board of Commissioners on Grievances and Discipline for clarification, and on motion for extension of time to file responsive brief. Motions granted.

**91–2217.** Disciplinary Counsel v. Pagac. On motion for order to show cause. Motion granted.

**91–2345.** Disciplinary Counsel v. McClain. *Sua sponte,* cause dismissed.

SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., dissents and would suspend respondent Robert C. McClain until such time as he is reinstated to the practice of law in Texas.

# MISCELLANEOUS DISMISSALS

**91–2061.** State, ex rel. Roode, v. Schieltz. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective December 9, 1991.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.